**Order entered September 9, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01466-CR

**EDER MORALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-63241-W**

## ORDER

The State's September 3, 2015 second motion for extension of time to file the State's brief is **GRANTED**. The State's brief received by the Clerk of the Court on September 3, 2015 is **DEEMED** timely filed on the date of this order.


/s/      LANA MYERS
          JUSTICE